UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01585-PGB-LHP

HOWARD COHAN,

    Plaintiff,

vs.

GOOD SHEPHERD FOOD SERVICES LLC
a Foreign Limited Liability Company
d/b/a CHARLEY'S PHILLY STEAKS & WINGS

    Defendant(s).
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DICLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

    1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

1. Howard Cohan, Plaintiff
2. Gregory S. Sconzo, Esquire, Attorney for Plaintiff
3. Sconzo Law Office, P.A., Law Firm for Plaintiff
4. GOOD SHEPHERD FOOD SERVICES LLC, a Foreign Limited Liability Company, d/b/a CHARLEY'S PHILLY STEAKS & WINGS, Defendant

    2.) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    N/A

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors).

    N/A

4.) The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    Howard Cohan, Plaintiff

5.)     Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

Dated:     September 16, 2022.

    **Sconzo Law Office, P.A.**
    3825 PGA Boulevard, Suite 207
    Palm Beach Gardens, FL 33410
    Telephone: (561) 729-0940
    Facsimile: (561) 491-9459

    By: **/s/ Gregory S. Sconzo**
    GREGORY S. SCONZO, ESQ
    Florida Bar No.: 0105553
    **Primary Email:** greg@sconzolawoffice.com
    **Primary Email:** samantha@sconzolawoffice.com
    **Secondary Email:** alexa@sconzolawoffice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's registered Agent via US Mail at:

GOOD SHEPHERD FOOD SERVICES LLC
c/o Hany Ibrahim
4937 CYPRESS HAMMOCK DR
ST CLOUD, FL 34771

                                                        **/s/ Gregory S. Sconzo**
                                                       **Gregory S. Sconzo, Esq.**