UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01585-PGB-LHP

HOWARD COHAN,

    Plaintiff,

vs.

GOOD SHEPHERD FOOD SERVICES LLC
a Foreign Limited Liability Company
d/b/a CHARLEY'S PHILLY STEAKS & WINGS

    Defendant(s).
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:    September 16, 2022.

By: **/s/ *Gregory S. Sconzo*** 
GREGORY S. SCONZO, ESQ 
Florida Bar No.: 0105553

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's registered Agent via US Mail at:

GOOD SHEPHERD FOOD SERVICES LLC 
c/o Hany Ibrahim 
4937 CYPRESS HAMMOCK DR 
ST CLOUD, FL 34771

   **/s/ Gregory S. Sconzo** 
**Gregory S. Sconzo, Esq.**