






















