## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:22-CV-1585-PGB-LHP

Plaintiff:
**HOWARD COHAN**

vs.

Defendant:
**GOOD SHEPHERD FOOD SERVICES LLC; ETC.**


MLS2022004227

For:
Gregory Sconzo*
Sconzo Law Office, P.A.
3825 PGA Boulevard
Suite 207
Palm Beach Gardens, FL 33410

Received by Mulberry Legal Services, Inc. on the 13th day of September, 2022 at 3:11 pm to be served on **GOOD SHEPHERD FOOD SERVICES, LLC BY SERVING ITS REGISTERED AGENT, HANY IBRAHIM, 4937 CYPRESS HAMMOCK DR., ST CLOUD, FL 34771**.

I, Brandy Holmes, do hereby affirm that on the **21st day of September, 2022** at **10:35 am**, I:

**LLC Service: Served** the within named LLC by delivering a true copy of the **SUMMONS; COMPLAINT; ADA SCHEDULING ORDER; ORDER; CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; NOTICE OF PENDENCY OF OTHER ACTIONS; UNIFORM CASE MANAGEMENT REPORT; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me to **Harry Ibrahim** as Registered Agent of **GOOD SHEPHERD FOOD SERVICES, LLC BY SERVING ITS REGISTERED AGENT, HANY IBRAHIM**, service being made at **4937 Cypress Hammock Drive, St. Cloud, FL 34771** pursuant to F.S. 48.062.

Under penalty of perjury I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process server in the circuit in which service was effected in accordance with Florida Statutes, and that I have no interest in the above action.

Brandy Holmes
CPS #398

Mulberry Legal Services, Inc.
2101 vista Parkway
#103
West Palm Beach, FL 33411
(561) 624-0526

Our Job Serial Number: MLS-2022004227
Ref: 30189