# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                                        Case No:   6:22-cv-1585-PGB-LHP

GOOD SHEPHERD FOOD SERVICES LLC,

    Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (Doc. No. 13)**
>
> **FILED:** **November 1, 2022**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendant to respond to the complaint is extended up to and including **November 16, 2022**. No other deadlines are extended by this Order. *See* Doc. No. 4.

**DONE** and **ORDERED** in Orlando, Florida on November 2, 2022.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties