UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01585-PGB-LHP

HOWARD COHAN,

     Plaintiff,

vs.

GOOD SHEPHERD FOOD SERVICES LLC
a Foreign Limited Liability Company
d/b/a CHARLEY'S PHILLY STEAKS & WINGS

     Defendant(s).

_____/

## **NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, GOOD SHEPHERD FOOD SERVICES LLC, a Foreign Limited Liability Company, d/b/a CHARLEY'S PHILLY STEAKS & WINGS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED November 7, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

**By:** */s/ Jamie L. White, Fla Bar No. 100018, for Jesse I. Unruh*
Jesse I. Unruh, Esq.
Florida Bar No. 93121
Alyssa Castelli, Esq.
Florida Bar No. 1032306
jesse@spirelawfirm.com

1

Email: greg@sconzolawoffice.com       alyssa@spirelawfirm.com
Email: samantha@sconzolawoffice.com   marcela@spirelawfirm.com
Email: alexa@sconzolawoffice.com      filings@spirelawfirm.com
Attorney for Plaintiff                Attorneys for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2022, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action

via transmission of Notices of Electronic Filing generated by CM/ECF.

       **/s/ Gregory S. Sconzo**
       **Gregory S. Sconzo, Esq.**

2