UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-CV-01585-PGB-LHP

HOWARD COHAN,

     Plaintiff,

vs.

GOOD SHEPHERD FOOD SERVICES LLC
a Foreign Limited Liability Company
d/b/a CHARLEY'S PHILLY STEAKS & WINGS

     Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, GOOD SHEPHERD FOOD SERVICES LLC, a Foreign Limited Liability Company, d/b/a CHARLEY'S PHILLY STEAKS & WINGS, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against GOOD SHEPHERD FOOD SERVICES LLC, a Foreign Limited Liability Company, d/b/a CHARLEY'S PHILLY STEAKS & WINGS; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED November 21, 2022.

By: /s/ **Gregory S. Sconzo**

Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: */s/ Jamie L. White, Fla Bar No. 100018, for Jesse I. Unruh*

Jesse I. Unruh, Esq.
Florida Bar No. 93121
Alyssa Castelli, Esq.
Florida Bar No. 1032306
jesse@spirelawfirm.com
alyssa@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ **Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**

2