# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**HOWARD COHAN,**

      **Plaintiff,**

**v.**                                  **Case No: 6:22-cv-1585-PGB-LHP**

**GOOD SHEPHERD FOOD**
**SERVICES LLC,**

      **Defendant.**
_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal With Prejudice, filed November 21, 2022 (Doc. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Good Shepherd Food Services LLC, d/b/a Charley's Philly Steaks & Wings, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 22, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties